UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERNEST POPESCU, individually,

           Plaintiff,

    v.

IRON MOUNTAIN DATA CENTERS, LLC,
a New Hampshire corporation,

           Defendant.

Case No. C25-219-RSM

ORDER GRANTING STIPULATED
MOTION TO CONTINUE DISCOVERY
MOTION DEADLINE

This matter comes before the Court on the parties' Stipulated Motion to Continue Discovery Motion Deadline, Dkt. #14. The Court finds good cause to extend the discovery motion deadline in this case from the current deadline of January 16, 2026, to a new deadline of January 30, 2026. The discovery cutoff remains set for February 17, 2026. *See* Dkt. #10.

IT IS SO ORDERED.

DATED this 20th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY MOTION
DEADLINE - 1